# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LOVEY MASSEY,**

        **Plaintiff,**

**-vs-**          Case No. **6:04-cv-1098-Orl-31DAB**

**DENNY'S, INC.,**

        **Defendant.**

_____

## ORDER

Upon consideration of the Report and Recommendation (Doc. 32) of Magistrate Judge Baker and Defendant's objection (clarification) (Doc. 33) it is

**ORDERED** that the Report and Recommendation of the Magistrate Judge is confirmed and adopted as a part of this Order. The Clerk shall enter judgment for Plaintiff and against Defendant as follows: $6,250.00 for disputed overtime wages; $6,250.00 for liquidated damages; and $10,000.00 for costs and fees due to Plaintiff's counsel, for a total of $22,500.00.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 13, 2006.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE